## 53130. CHERRY v. THE STATE.

BELL, Chief Judge.

This appeal is from a revocation of probation and is controlled adversely to the defendant by *Dickerson v. State,* 136 Ga. App. 885 (222 SE2d 649). The evidence was more than slight that the probation was violated by defendant's possession of marijuana.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

SUBMITTED JANUARY 17, 1977 — DECIDED FEBRUARY 2, 1977.

*Robert D. Peckham, Jack H. Affleck,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellee.